Richard K. Diamond, TRUSTEE (State Bar No. 070634)
jvidaurri@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA  90067-2904
Telephone:     (310) 277-0077
Facsimile:     (310) 277-5735

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>JONATHAN APOSTOL SISON<br><br><br><br>Debtor(s) | Case No.: 2:10-bk-43556-BB<br><br>Chapter: 7<br><br>NOTICE OF RESCHEDULED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: CARL A LUX
TO THE ABOVE NAMED DEBTOR(S):

  You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter has been rescheduled to 10/12/10 at 10:00 AM at 725 S. Figueroa Street, Room 102, Los Angeles, Ca 90012.


Dated:     September 9, 2010                        /s/ Richard K. Diamond
                       Richard K. Diamond, TRUSTEE

**PROOF OF SERVICE**

**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

STATE OF CA, COUNTY OF LOS ANGELES

    I'm employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Third Floor, Los Angeles, CA  90067-2904.

    On September 9, 2010, I served the foregoing document described as Notice of Rescheduled Meeting on the interested parties in action.

☒ By placing true copies thereof enclosed in sealed envelope(s) addressed as follows:

JONATHAN APOSTOL SISON
2448 E BRENDA ST
WEST COVINA, CA  91792


CARL A LUX
THEODOTOU & ASSOCIATES
4449 EASTON WAY 2ND FLOOR
COLUMBUS, OH  37934


☐ **BY MAIL**
☒ I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
☐ I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  Executed on September 9, 2010, at Los Angeles, California.
☐ I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

                                                       /s/ Joe Vidaurri
                                                     Joe Vidaurri