

**FILED & ENTERED**

**SEP 20 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY wesley    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Jonathan Apostol Sison,<br><br><br><br><br>Debtor(s). | Case No: 2:10-bk-43556-BB<br><br>Chapter: 7<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Date: October 20, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 1475 |

    On August 11, 2010, the above-referenced debtor filed a voluntary Chapter 7 petition. Pursuant to 11 U.S.C. § 109(h)(1), an individual must have received credit counseling during the 180-day period preceding the date of filing of his or her petition to be eligible as a debtor under Chapter 7. Debtor, having failed to file either a certificate of credit counseling or evidence sufficient to demonstrate that debtor is entitled to a temporary waiver of, or an exemption from, the prepetition credit counseling requirement under 11 U.S.C. § 109(h)(3) or (4),

    **IT IS HEREBY ORDERED** that a hearing in this case will be held in Courtroom 1475 at 255 East Temple Street, Los Angeles, California 90012 on October 20, 2010 at 10:00 a.m. to show cause why this Chapter 7 case should not be dismissed based on the debtor's failure to receive prepetition credit counseling or demonstrate that debtor is entitled to a waiver of, or an exemption from, the prepetition credit counseling requirement (the "Order to Show Cause").

**IT IS FURTHER ORDERED** that responses, if any, to the Order to Show Cause shall be in writing and filed with the Court not later than 14 days prior to the hearing on the Order to Show Cause.   Any objections not filed may be deemed waived.

**###**

DATED: September 20, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE RE DISMISSAL** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_September 14, 2010_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Patti H Bass**    ecf@bass-associates.com
- **Richard K Diamond (TR)**    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- **Carl A Lux**    carlandrewlux@gmail.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Jonathan Apostol Sison**
2448 E Brenda St
West Covina, CA 91792

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page