**FILED & ENTERED**

**OCT 22 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY queen    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Jonathan Apostol Sison,<br><br><br><br>                                          Debtor(s). | Case No: 2:10-bk-43556-BB<br><br>Chapter: 7<br><br>**ORDER VACATING ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Date: October 20, 2010<br>Time: 10:00 AM<br>Location: Courtroom 1475 |

  A hearing in the above-referenced bankruptcy case was held on October 20, 2010 at 10:00 a.m. on the Court's order to show cause re dismissal for debtor's failure to file a certificate evidencing that he completed a prepetition credit counseling course (the "Order to Show Cause"). Debtor having filed the certificate of prepetition credit counseling and for the reasons set forth on the record,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

1  **IT IS HEREBY ORDERED** that the foregoing Order to Show Cause is vacated.

###

DATED: October 22, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  **_Fill in Name of Order/Judgment_**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_Fill in Date Order is Lodged_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

   * Patti H Bass     ecf@bass-associates.com
   * Richard K Diamond (TR)     jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
   * Carl A Lux     carlandrewlux@gmail.com
   * United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Jonathan Apostol Sison
2448 E Brenda St
West Covina, CA 91792

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: admin                 Page 1 of 1                  Date Rcvd: Oct 22, 2010
Case: 10-43556                 Form ID: pdf031             Total Noticed: 2

The following entities were noticed by first class mail on Oct 24, 2010.
db           +Jonathan Apostol Sison,    2448 E Brenda St,    West Covina, CA 91792-2120
cr           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2010**               **Signature:**    *Joseph Speetjens*